**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>P&B CAPITAL GROUP, LLC<br><br>Defendant. | Case No.: 5:26-cv-05610-JLS |

# ENTRY OF APPEARANCE

Kindly enter the appearance of the undersigned on behalf of Defendant P&B CAPITAL GROUP, LLC, and send all future Court notices to the following:

Respectfully Submitted,

**MAURICE WUTSCHER, LLP**

DATED : September 1, 2026

/s/ SHANNON MILLER
SHANNON MILLER
10 West Front Street
Media, PA 19063
(215) 789-7157
smiller@mauricewutscher.com
*Attorney for Defendant*
*P&B Capital Group, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on this date via the electronic filing system on all parties to the action.

/s/ *SHANNON MILLER*

SHANNON MILLER

Dated: September 1, 2026