**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>P&B CAPITAL GROUP, LLC<br><br>Defendant. | Case No.: 5:26-cv-05610-JLS |

**STIPULATION TO EXTEND TIME TO PLEAD**

AND NOW on this 9th day of September 2026, Plaintiff, Leon Weingrad, and Defendant, P&B Capital Group, LLC, by and through their respective counsel, do hereby agree and stipulate pursuant to Fed. R. Civ P. 6(b) that P&B Capital Group, LLC is given an extension from **September 10, 2026,** until **October 1, 2026,** to file a responsive pleading to Plaintiff's Complaint. No prior extensions have been granted.

*/s/ SHANNON MILLER*

Shannon Miller, Esq.
MAURICE WUTSCHER, LLP
10 West Front Street
Media, PA 19063

*/s/ ANDREW ROMAN PERRONG*

ANDREW ROMAN PERRONG, Esq.
PERRONG LAW, LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on this date via the electronic filing system on all parties to the action.

/s/ *SHANNON MILLER*

SHANNON MILLER

Dated: September 9, 2026