**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>P&B CAPITAL GROUP, LLC<br><br>Defendant. | Case No.: 5:26-cv-05610-JLS |

**ORDER GRANTING EXTENSION OF TIME TO PLEAD**

**AND NOW**, on this day of , 2026, upon consideration of the Stipulation to Extend Time to Plead pursuant to Fed. R. Civ P. 6(b), submitted by Plaintiff, LEON WEINGRAD, by and through his counsel, and Defendant, P&B CAPITAL GROUP, LLC, by and through its counsel, it is hereby **ORDERED** and **DECREED** that said request is **GRANTED**. Defendant, P&B CAPITAL GROUP, LLC, shall file a responsive pleading to the Plaintiff's Complaint no later than **October 1, 2026.**

______________________________
J.