**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>P&B CAPITAL GROUP, LLC<br><br>Defendant. | Case No.: 5:26-cv-05610-JLS |

**DEFENDANT'S, P&B CAPITAL GROUP, LLC, DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Fed. R. Civ. P. 7.1, Defendant, P&B Capital Group, LLC by and through its undersigned counsel, makes the following disclosure:

P&B Capital Group, LLC, is a non-governmental corporate party which has no parent corporation or publicly held corporation owning 10% or more of its stock.

Respectfully Submitted,

**MAURICE WUTSCHER, LLP**

/s/ *SHANNON MILLER*
SHANNON MILLER, ESQ.
10 West Front Street
Media, PA 19063
(215) 789-7157
smiller@mauricewutscher.com
*Attorneys for Defendant,*
*P&B Capital Group, LLC*

Date: October 15, 2026

**CERTIFICATE OF SERVICE**

I, Shannon Miller, hereby certify that on October 15, 2026 service of a true and correct copy of this document and any referenced exhibits was accomplished by efiling on all parties of record.

By: ***/s/ Shannon Miller***

Shannon Miller, Esq.