**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LEON WEINGRAD,<br>Plaintiff,<br><br>v.<br><br>P&B CAPITAL GROUP, LLC,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 5:26-cv-05610-JLS |

# ORDER

**AND NOW,** this 22nd day of October, 2026, **IT IS HEREBY ORDERED** that a **TELEPHONIC PRETRIAL RULE 16 CONFERENCE** shall be held on Tuesday, November 17, 2026 at 10:30 AM. All parties shall dial: 1-855-244-8681; Access Code: 2313 757 5542.

**IT IS FURTHER ORDERED** as follows:

1. The parties shall make the required initial disclosures under Fed. R.Civ. P. 26(a) within 20 days of the date of this Order;
2. The parties shall commence discovery **immediately**;
3. After consultation with counsel for all parties, counsel shall complete and submit the required Joint Rule 26(f) Status Report no later than seven (7) days prior to the Rule 16 Conference;
4. Counsel shall follow Judge Schmehl's Policies and Procedures which can be found at www.paed.uscourts.gov.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**