**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LEON WEINGRAD, Plaintiff, | : | |
| v. | : | Civil No. 5:26-cv-05610-JLS |
| P&B CAPITAL GROUP, LLC, Defendant. | : | |

**ORDER**

**AND NOW,** this 22nd day of October, 2026, **IT IS HEREBY ORDERED** that the above captioned matter is **REFERRED** to United States Magistrate Judge Craig M. Straw for the purpose of scheduling and conducting a settlement conference. Plaintiff's counsel shall contact Magistrate Judge Straw's chambers immediately to schedule a settlement conference.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**