**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LEON WEINGRAD,<br>Plaintiff,<br><br>v.<br><br>P&B CAPITAL GROUP, LLC,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 5:26-cv-05610-JLS |

## ORDER

**AND NOW,** this 17th day of November, 2026, following a telephonic Rule 16 conference with counsel, **IT IS HEREBY ORDERED** that:

1. All fact discovery shall be completed by May 21, 2027.
2. A telephonic status conference shall be held on **Wednesday, February 24, 2027, at 2:30 p.m.** The dial-in number is 855-244-8681 and the access code is 2305 947 7264.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**